# MEMORANDUM DECISIONS

HARRIS v. DISTRICT OF COLUMBIA. (Court of Appeals of District of Columbia. Submitted October 15, 1921. Decided March 6, 1922.) No. 2817. Appeal from the Supreme Court of the District of Columbia. Action by Adelbert Harris, by his next friend, Albert Harris, against the District of Columbia. Judgment for defendant on a directed verdict, and plaintiff appeals. Affirmed. R. F. Downing and G. A. Berry, both of Washington, D. C., for appellant. Conrad H. Syme and R. L. Williams, both of Washington, D. C., for appellee.

ROBB, Associate Justice. Appeal from a judgment in the Supreme Court of the District upon a directed verdict for the defendant, appellee here, in an action for damages for the loss of a part of a finger through the alleged negligence of an employee of the defendant in operating a water plug for the purpose of refilling a sprinkling cart. The fundamental question in the case, whether the sprinkling of streets is "a public or governmental act as contradistinguished from a private or municipal act, which exempts the District of Columbia from liability for the injuries caused by one of its employees engaged therein," was certified to the Supreme Court of the United States for its opinion, and, that court having answered the question in the affirmative (Harris v. District of Columbia, 256 U. S. 650, 41 Sup. Ct. 610, 65 L. Ed. ——), it follows that the judgment of the court below must be affirmed with costs. Affirmed.

ÆTNA LIFE INS. CO. OF HARTFORD, CONN., v. GOODSPEED. (Circuit Court of Appeals, Second Circuit. January 18, 1922.) No. 143. In Error to the District Court of the United States for the Western District of New York. Action by Mae E. Goodspeed against the Ætna Life Insurance Company of Hartford, Conn., to recover the amount of a claim under an accident insurance policy. Judgment for defendant, and plaintiff brings error. Affirmed. Locke, Babcock, Spratt & Hollister, of Buffalo, N. Y. (R. C. Vaughan, of Buffalo, N. Y., of counsel), for plaintiff in error. Botsford, Lytle, Mitchell & Albro. of Buffalo, N. Y., for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

AMOSKEAG MFG. CO. v. BAUMAN CLOTHING CORPORATION. (Circuit Court of Appeals, Second Circuit. January 18, 1922.) No. 101. Petition to Revise Order of the District Court of the United States for the Southern District of New York. Suit in equity by the Amoskeag Manufacturing Company against the Bauman Clothing Corporation. From an order denying the application of A. A. Silberberg for an allowance of a claim for services rendered to one of the members of a creditors' committee, the claimant petitions to revise. Affirmed. A. A. Silberberg, of New York City, in pro. per. Allen R. Memhard and Henry H. Kaufman, both of New York City (Bernard L. Shientag, of New York City, of counsel), for appellees. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.